No. 92–291. INTERNATIONAL PAPER CO. v. GRASSI ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–293. NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT ET AL. v. KRAEBEL, DBA BARKLEE REALTY CO. C. A. 2d Cir. Certiorari denied.

No. 92–295. LUFKIN v. MCCALLUM ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–296. SCHMIER ET AL. v. KAPLAN ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–299. GOTZL v. CANTRELL (GOTZL). C. A. 11th Cir. Certiorari denied.

No. 92–301. TEXAS v. JIMENEZ. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 92–303. SLATER v. OPTICAL RADIATION CORP. C. A. 7th Cir. Certiorari denied.

No. 92–306. ROSENTHAL v. CONRAD ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–309. AHAM-NEZE v. SOHIO SUPPLY CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–310. O'QUINN v. WEDCO TECHNOLOGY, INC. C. A. 10th Cir. Certiorari denied.

No. 92–312. CROZIER, CHAPTER 11 TRUSTEE v. BRADFORD, TRUSTEE. C. A. 5th Cir. Certiorari denied.

No. 92–314. BIERDEMAN v. SHEARSON LEHMAN HUTTON INC. C. A. 9th Cir. Certiorari denied.

No. 92–316. PFLUGER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 92–318. GILMAN v. GILMAN. Sup. Ct. Conn. Certiorari denied.